## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 14-22** |
| **v.** | * | **SECTION: "F"** |
| **MICHAEL P. ARATA** | * | |

\* \* \*

## ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Modify Probation Debt Restriction,

**IT IS HEREBY ORDERED** that defendant Michael Arata is permitted to obtain a personal loan in the amount of $94,000 to make a payment on his line of credit to Hancock Whitney bank.

New Orleans, Louisiana this  7th   day of June, 2019.

_____
THE HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE