UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-022 |
| VERSUS | SECTION: "F" |
| PETER M. HOFFMAN<br>MICHAEL P ARATA | VIOLATION:<br>18 USC § 371<br>18 USC § 1343<br>18 USC § 1341<br>18 USC § 1001 |

NOTICE OF RE-SENTENCING
(Previously set for 8/7/2019)

Take Notice that this criminal case has been set for **RE-SENTENCING** on **OCTOBER 9, 2019** at **1:30 P.M.**, before **JUDGE MARTIN L.C. FELDMAN**, Federal Courthouse Building, Courtroom C551, 500 Poydras St., New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: July 19, 2019

TO:
Peter M. Hoffman

**COUNSEL FOR DEFENDANT:**

TO:
Michael P. Arata

**COUNSEL FOR DEFENDANT:**
    William P. Gibbens

WILLIAM W. BLEVINS, CLERK

by: Cherie Stouder, Deputy Clerk

AUSA: Dall Kammer, T.A.
        Andre Lagarde

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

INTERPRETER: None

**If you change address,
notify clerk of court
by phone, 504-589-7683**